## Statement of Legal Authority

Pursuant to LA. C.Cr.P. Art 214, and under the authority thereof, a private person may make an arrest when the person arrested has committed a felony whether in or out of his presence.

## Notice of Intent

Let it be known that I Timothy DuVall, a private person, in accordance with LA.C.Cr.P. Art. 219 intend to arrest Richard Ray for the FELONY R.S. 14:134 Malfeasance in office.

## Probable Cause Affidavit

On or about September 3, 2021, Richard Ray (w/m DOB unknown), Assistant District Attorney for Bossier Parish Louisiana, was Court ordered by a District Judge to produce Supplemental Discovery for docket numbers 236441, 236441A, and 236441B.



1 of 3

## Probable Cause Affidavit Cont.

Richard Ray was served a copy of the foregoing order through the Bossier Parish District Attorney office on the day of filing specifically ordering him to produce:

1. Results from forensic download of phone of Jennifer Flippo DuVall;
2. Evidence Log(s);
3. Chain of Custody report(s)/Log(s);
4. Any and all other discovery not previously produced; and
5. Any and all Brady material

Since the date of service Richard Ray has stood before the Court in the above referenced docket numbers on three (3) separate occasions over the span of seven (7) months. Those dates being on or about:

1. November 4, 2021
2. January 20, 2022
3. February 14, 2022

Each date Richard Ray has intentionally refused or failed to perform the duty lawfully required of him producing the supplemental discovery items listed above in violation of R.S. 14:134 Malfeasance in Office.

Probable Cause Affidavit cont.

I declare under penalty of perjury, under the laws of the United States of America and the State of Louisiana, that the foregoing is true and correct.

Signed this 24TH day of February 2022

ALL RIGHTS RESERVED

*[signature]*

WITHOUT PREJUDICE
PER UCC 1-308
AFFIANT